1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

Loretta Emerzian, et al.,

        Defendants.

Case Number C-16-2387

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio and defendants Loretta Emerzian, Scott Emerzian, Joann Te Emerzian, Scott Joann, Ali Moshin Said aka Ali Seid, and Ali Taher Quashasha, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio      2/7/2017

Law Offices of Michael D. Welsh –      By: Michael D. Welsh, Esq. /s/ Michael D. Welsh

Attorney for Defendants Loretta Emerzian, Scott Emerzian, Joann Te Emerzian, Scott Joann, Ali Moshin Said aka Ali Seid, and Ali Taher Quashasha      2/7/2017

### [PROPOSED] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Loretta Emerzian, Scott Emerzian, Joann Te Emerzian, Scott Joann, Ali Moshin Said aka Ali Seid, and Ali Taher Quashasha, Case No. C-16-2387, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

Date: February 8, 2017

_____
Charles R. Breyer
United States District Judge